| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | FILED | 93-CR-1469-001-GT |
| | 2005 DEC -7 PM 3:56 | DOCKET NUMBER (Rec. Court) |
| | | **05-20427 Ma P** |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Thomas KEEL<br>4046 Clearpool Circle<br>Memphis, TN 38118 | | |
| | NAME OF SENTENCING JUDGE<br>Gordon Thompson, Jr. | |
| | DATES OF SUPERVISED RELEASE | FROM 3-22-04 — TO 3-21-09 |

**OFFENSE**

21 U.S.C. § 846, 841(a)(1), Conspiracy to Distribute Methamphetamine

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF TENNESSEE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Nov. 1, 2005
Date

Gordon Thompson, Jr.
Senior U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

November 29, 2005
Effective Date

United States District Judge

lmc/lmc

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 1 in case 2:05-CR-20427 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT